NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
MELISSA BRIGGS (Cal Bar no. 320697)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: Melissa.Briggs2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAXMAN PATEL, JASHU PATEL, HITEN PATEL, AND ANITA PATEL, <br><br> Defendants. | No. 8:19-cv-00792 <br><br> **Complaint to Reduce Penalty Assessments to Judgment** |

## GENERAL ALLEGATIONS

1. These claims are brought by the United States to collect the outstanding unpaid civil penalty assessments, interest thereon, and late payment penalties, and to reduce such assessments to judgment against Laxman Patel, Jashu Patel, Hiten Patel, and Anita Patel for each of their failures to report his or her interests in foreign bank or other financial accounts during 2010-2013, as required by 31 U.S.C. § 5314 and the implementing regulations promulgated thereunder.

2. These claims are brought pursuant to 31 U.S.C. § 3711, and in accordance with 31 U.S.C. § 5321(b)(2), at the direction of the Attorney General of the United States, and at the request and with the authorization of the Chief Counsel of the Internal

Revenue Service, a delegate of the Secretary of the Treasury.

## JURISDICTION, VENUE, AND PARTIES

3. Jurisdiction over these claims is conferred upon the district court by 28 U.S.C. §§ 1331, 1345, and 1355(a) because this action arises under the laws of the United States and the United States is the plaintiff.

4. Venue is proper under 28 U.S.C. § 1391(b)(1) and (b)(2) because each of the plaintiffs reside in Yorba Linda, Orange County, California, within the Central District of California and because a substantial part of the events or omissions giving rise to the claims occurred within this judicial district.

## STATUTORY AND REGULATORY PROVISIONS
## FOR FBAR PENALTY ASSESSMENT

5. During 2010-2013, each of the plaintiffs had interests in foreign bank accounts that exceeded $10,000 in United States currency.

6. 31 U.S.C. § 5314 and the implementing regulations promulgated thereunder, requires a person to keep records and file reports when that person maintains relations with a foreign financial agency. For the years at issue herein, such reports must be filed with the Internal Revenue Service on Treasury Form TD F 90-22.1, Report of Financial Bank and Financial Accounts ("FBAR") or before June 30 of the year following the calendar year for which the report is made. 31 C.F.R. § 1010.306(c).

7. 31 U.S.C. § 5321(a)(5) provides for the imposition of civil penalties against an individual who, either willfully or non-willfully, fails to comply with the reporting requirements of section 5314.

8. Laxman Patel, Jashu Patel, Hiten Patel, and Anita Patel each failed to timely file FBARs and report his or her interests in foreign financial accounts from 2010-2013.

9. 31 U.S.C. § 5321(b)(2) provides that a civil action to recover a civil penalty assessed under subsection § 5321(a) may be brought at any time before the end of the 2-year period beginning on the date the penalty was assessed..

# FIRST CLAIM FOR RELIEF:
# TO REDUCE TO JUDGMENT CIVIL PENALTY ASSESSMENTS AGAINST LAXMAN PATEL

10. The United States incorporates by reference paragraphs 1 through 9, above, as if fully set forth here.

11. On November 28, 2017, a delegate of the Secretary of the Treasury assessed non-willful FBAR penalties against Laxman Patel totaling $440,000 for 2010-2013.

12. On the same date, a delegate of the Secretary of the Treasury gave Laxman Patel notice of the assessments described in paragraph 11, above, and made demand for payment of those assessments.

13. Despite said notice and demand, Laxman Patel has paid only $3,000 of the penalties assessed.

14. Interest accruals are provided for in 31 U.S.C. § 3717.

15. Laxman Patel is also liable for a penalty for failing to pay the assessments described in paragraph 11, above, within 90 days, in the amount of 6% per annum from November 28, 2017, pursuant to 31 U.S.C. § 3717(e)(2).

16. The United States seeks to reduce to judgment the following Title 31 FBAR penalty assessments made against Laxman Patel on November 28, 2017, plus interest and penalties as provided by statute:

| Year | Account (last 4 of account numbers) | Amount of penalty imposed |
|---|---|---|
| 2010 | Punjab National Bank (1202) | $10,000 |
| 2010 | Bank of Baroda (0684) | $10,000 |
| 2010 | Bank of Baroda (0428) | $10,000 |

| 2010 | Bank of Baroda (2683) | $10,000 |
|---|---|---|
| 2010 | State Bank of India (5201) | $10,000 |
| 2010 | State Bank of India (0002) | $10,000 |
| 2010 | State Bank of India (3337) | $10,000 |
| 2010 | State Bank of India (0003) | $10,000 |
| 2010 | State Bank of India (0001) | $10,000 |
| 2011 | Punjab National Bank (8786) | $10,000 |
| 2011 | Punjab National Bank (3908) | $10,000 |
| 2011 | Bank of Baroda (0428) | $10,000 |
| 2011 | Bank of Baroda (2683) | $10,000 |
| 2011 | State Bank of India (0003) | $10,000 |
| 2012 | Bank of Baroda (7265) | $10,000 |
| 2012 | Bank of Baroda (0428) | $10,000 |
| 2012 | Bank of Baroda (2683) | $10,000 |
| 2012 | Punjab National Bank (0582) | $10,000 |
| 2012 | Punjab National Bank (1202) | $10,000 |
| 2012 | Punjab National Bank (3908) | $10,000 |
| 2012 | Punjab National Bank (5694) | $10,000 |
| 2012 | Punjab National Bank (8786) | $10,000 |
| 2012 | State Bank of India (0003) | $10,000 |
| 2013 | Bank of Baroda (7265) | $10,000 |
| 2013 | Bank of Baroda (0428) | $10,000 |
| 2013 | Punjab National Bank (0582) | $10,000 |
| 2013 | Punjab National Bank (8795) | $10,000 |
| 2013 | Punjab National Bank (3908) | $10,000 |

| 2013 | Punjab National Bank (9035) | $10,000 |
|------|------------------------------|---------|
| 2013 | Punjab National Bank (5694) | $10,000 |
| 2013 | Punjab National Bank (8786) | $10,000 |
| 2013 | State Bank of India (0003) | $10,000 |
|      |                              | $320,000 |

## SECOND CLAIM FOR RELIEF:
## TO REDUCE TO JUDGMENT CIVIL PENALTY ASSESSMENTS AGAINST JASHU PATEL

17. The United States incorporates by reference paragraphs 1 through 9, above, as if fully set forth here.

18. On November 28, 2017, a delegate of the Secretary of the Treasury assessed non-willful FBAR penalties against Jashu Patel totaling $10,000 for 2010-2013.

19. On the same date, a delegate of the Secretary of the Treasury gave Jashu Patel notice of the assessments described in paragraph 18, above, and made demand for payment of those assessments.

20. Despite said notice and demand, Jashu Patel has paid only $500 of the penalties assessed.

21. Interest accruals are provided for in 31 U.S.C. § 3717.

22. Jashu Patel is also liable for a penalty for failing to pay the assessments described in paragraph 18, above, within 90 days, in the amount of 6% per annum from November 28, 2017, pursuant to 31 U.S.C. § 3717(e)(2).

23. The United States seeks to reduce to judgment the following Title 31 FBAR penalty assessments made against Jashu Patel on November 28, 2017, plus interest and penalties as provided by statute:

| Year | Account (last 4 of account numbers) | Amount of penalty imposed |
|---|---|---|
| 2010 | Bank of Baroda (0428) | $2,500 |
| 2011 | Bank of Baroda (2683) | $2,500 |
| 2012 | Bank of Baroda (2683) | $2,500 |
| 2013 | Punjab National Bank (8786) | $2,500 |
|  |  | $10,000 |

## THIRD CLAIM FOR RELIEF:
## TO REDUCE TO JUDGMENT CIVIL PENALTY ASSESSMENTS
## AGAINST HITEN PATEL

24. The United States incorporates by reference paragraphs 1 through 9, above, as if fully set forth here.

25. On November 28, 2017, a delegate of the Secretary of the Treasury assessed non-willful FBAR penalties against Hiten Patel totaling $70,000 for 2010-2013.

26. On the same date, a delegate of the Secretary of the Treasury gave Hiten Patel notice of the assessments described in paragraph 24, above, and made demand for payment of those assessments.

27. Despite said notice and demand, Hiten Patel has paid only $1,000 of the penalties assessed.

28. Interest accruals are provided for in 31 U.S.C. § 3717.

29. Hiten Patel is also liable for a penalty for failing to pay the assessments described in paragraph 25, above, within 90 days, in the amount of 6% per annum from November 28, 2017, pursuant to 31 U.S.C. § 3717(e)(2).

30. The United States seeks to reduce to judgment the following Title 31 FBAR

penalty assessments made against Hiten Patel on November 28, 2017, plus interest and penalties as provided by statute:

| Year | Account (last 4 of account numbers) | Amount of penalty imposed |
|---|---|---|
| 2010 | Bank of Baroda (1456) | $5,000 |
| 2010 | Bank of Baroda (0502) | $5,000 |
| 2010 | Bank of Baroda (2716) | $2,500 |
| 2011 | Bank of Baroda (2716) | $2,500 |
| 2011 | Bank of Baroda (1456) | $5,000 |
| 2012 | Bank of Baroda (0460) | $10,000 |
| 2012 | Punjab National Bank (5737) | $7,500 |
| 2013 | Bank of Baroda (7266) | $7,500 |
| 2013 | Punjab National Bank (5737) | $10,000 |
|  |  | $55,000 |

## FOURTH CLAIM FOR RELIEF:
## TO REDUCE TO JUDGMENT CIVIL PENALTY ASSESSMENTS AGAINST ANITA PATEL

31.  The United States incorporates by reference paragraphs 1 through 9, above, as if fully set forth here.

32.  On November 28, 2017, a delegate of the Secretary of the Treasury assessed non-willful FBAR penalties against Anita Patel totaling $10,000 for 2010-2013.

33.  On the same date, a delegate of the Secretary of the Treasury gave Anita Patel notice of the assessments described in paragraph 32, above, and made demand for payment of those assessments.

7

34. Despite said notice and demand, Anita Patel has paid only $500 of the penalties assessed.

35. Interest accruals are provided for in 31 U.S.C. § 3717.

36. Anita Patel is also liable for a penalty for failing to pay the assessments described in paragraph 32, above, within 90 days, in the amount of 6% per annum from November 28, 2017, pursuant to 31 U.S.C. § 3717(e)(2).

37. The United States seeks to reduce to judgment the following Title 31 FBAR penalty assessments made against Anita Patel on November 28, 2017, plus interest and penalties as provided by statute:

| Year | Account (last 4 of account numbers) | Amount of penalty imposed |
|---|---|---|
| 2010 | Bank of Baroda (1456) | $500 |
| 2010 | Bank of Baroda (0502) | $500 |
| 2010 | Bank of Baroda (2716) | $500 |
| 2011 | Bank of Baroda (2716) | $500 |
| 2011 | Bank of Baroda (1456) | $500 |
| 2012 | Bank of Baroda (7266) | $500 |
| 2012 | Bank of Baroda (1456) | $500 |
| 2012 | Bank of Baroda (0460) | $500 |
| 2012 | Punjab National Bank (5737) | $500 |
| 2012 | Punjab National Bank (5446) | $500 |
| 2013 | Bank of Baroda (7266) | $500 |
| 2013 | Punjab National Bank (5737) | $500 |
| 2013 | Punjab National Bank (5446) | $1000 |
| | | $8,000 |

**WHEREFORE**, plaintiff United States of America, respectfully requests the Court to adjudge and decree as follows:

A.  That judgment be entered against Laxman Patel, and in favor of the United States, in the amount of $317,000, plus such additional amounts, including penalties and interest, which have accrued from November 28, 2017, and continue to accrue as provided by law;

B.  That judgment be entered against Jashu Patel, and in favor of the United States, in the amount of $9,500, plus such additional amounts, including penalties and interest, which have accrued from November 28, 2017, and continue to accrue as provided by law;

C.  That judgment be entered against Hiten Patel, and in favor of the United States, in the amount of $54,000, plus such additional amounts, including penalties and interest, which have accrued from November 28, 2017, and continue to accrue as provided by law;

D.  That judgment be entered against Anita Patel, and in favor of the United States, in the amount of $7,500, plus such additional amounts, including penalties and interest, which have accrued from November 28, 2017, and continue to accrue as provided by law;

E.  That the United States shall recover its costs in this action, and be awarded such other and further relief as the Court determines is just and proper.

Dated: April 30, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

    /s/
Melissa Briggs
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA