DAVID MICHAELS (SBN 235985)
**DTMtax**
310 Maui Drive
Placentia, CA 92870
Telephone:   (714) 742-9561
Facsimile:  (714) 985-0604
Email:  dmichaels0867@hotmail.com

Attorney for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LAXMAN PATEL, JASHU PATEL, HITEN PATEL, AND ANITA PATEL,<br><br>        Defendants. | Case No. 8:19-cv-00792 JLS (JDEx)<br><br>[PROPOSED] JUDGMENT |

The Defendants' Motion for Summary Judgment against the United States came before the Court on June 28, 2019, the Honorable Josephine L. Staton presiding. After carefully reviewing all matters properly part of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Defendants' Motion for Summary Judgment against Plaintiff United States of America is GRANTED.

2. The assessments as to all Defendants for all years in issue are VOID.

3. The statute of limitations on assessment has expired for years 2010 and 2011.

4. The Defendants are entitled to recover the monies paid toward the unlawful

assessments in the amount of $5,000, plus interest.

    5.  The Defendants are entitled to recover the costs of litigation, including attorney's fees.


DATED:

                                         JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE