| | |
|---|---|
| 1 | TRACY L. WILKISON<br>United States Attorney |
| 2 | THOMAS D. COKER<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>MELISSA BRIGGS (Cal. Bar No. 320697) |
| 4 | Assistant United States Attorney<br>      Federal Building, Suite 7211 |
| 5 |       300 North Los Angeles Street<br>      Los Angeles, California 90012 |
| 6 |       Telephone: (213) 894-6165<br>      Facsimile: (213) 894-0115 |
| 7 |       E-mail: Melissa.Briggs2@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | United States of America |
| 10 | DAVID MICHAELS (Cal. Bar. No. 235985) |
| 11 | DTMtax<br>4015 Prospect Avenue #209 |
| 12 | Yorba Linda, CA 92886<br>Telephone: (714) 742-9561 |
| 13 | Facsimile: (714) 785-0604<br>Email:  dmichaels0867@hotmail.com |
| 14 | Attorney for Defendants |
| 15 | Laxman, Jashu, Hiten and Anita Patel |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 8:19-cv-00792-JLS(JDEx) |
| Plaintiff, | ) | **DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | ) | |
| LAXMAN PATEL, JASHU PATEL, HITEN PATEL, ANITA PATEL, | ) | No hearing date |
| Defendants. | ) | Hon. Josephine L. Staton |

The parties to the above-titled action stipulate as follows:

    This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiff the United States of America.  This stipulation is

1

signed by all parties to this case.  The parties will each bear their own costs and attorney's fees.

Dated: November 29, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

    /s/Melissa Briggs
MELISSA BRIGGS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DTMtax

    /s/David Michaels
DAVID MICHAELS

Attorney for Defendants
Laxman, Jashu, Hiten and Anita Patel

## CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that David Michaels, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

    /s/Melissa Briggs
MELISSA BRIGGS